**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>                              **Plaintiff,**<br><br>                 **v.**<br>**FRANK FALCO,**<br>                              **Defendant.** | **Case No. MJ08-5068**<br><br>**DETENTION ORDER** |

The Defendant made his initial appearance under Rule 5(c)(3) on April 3, 2008 pursuant to a Warrant for Arrest out of the District of Maryland, which warrant is dated March 9, 1995. At the initial appearance counsel was assigned to represent the defendant and he was advised of the charges out of the District of Maryland.

The Defendant is also charged in the Western District of Washington under CR 97-5334 with three felony counts and he was ordered detained under that cause number on March 24, 2008. The detention was based on the fact that the defendant was charged with a crime that carried with it a maximum sentence of 10+ years as prescribed by the Controlled Substances Act, prior failures to appear for past court proceedings, and long term fugitive status.

In light of the pending charges in this District, the Defendant was ordered detained in this cause as well for the same reasons as set forth in CR 97-5334. In addition, the Defendant agreed to the detention, without prejudice.

*Order of Detention*

▸ The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

▸ The defendant shall be afforded reasonable opportunity for private consultation with counsel.

▸ The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.

April 9, 2008.

*/s/ Karen L. Strombom*

Karen L. Strombom
United States Magistrate Judge

**DETENTION ORDER**
**Page - 1**