1

2



08-CR-05717-ORD

6

7

8                 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9                           AT TACOMA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) |
| 11 |           Plaintiff, | ) |
| 12 |    v. | ) |
| 13 | | ) |
| 14 | FRANK FALCO, | ) |
| 15 |           Defendant. | ) |

CASE NO. CR97-5334RJB

ORDER ACCEPTING
TRANSFER OF FILE
NUMBER JFM-95-0102
FROM THE DISTRICT
OF MARYLAND
(NORTHERN DIVISION)

16       THIS MATTER came before the Court upon the motion of the United States of

17 America, by and through Jeffrey C. Sullivan, United States Attorney for the Western

18 District of Washington, Douglas Whalley and Matthew H. Thomas, Assistant

19 United States Attorneys for said District, requesting that the Court accept transfer of file

20 number JFM-95-0102 from the District of Maryland, Northern Division, to the Western

21 District of Washington.

22       THIS COURT FINDS that pursuant to Fed. R. Crim. P. 20, the United States

23 Attorneys in both districts and the defendant consent to the transfer of file number JFM-

24 95-0102 for entry of a change of plea in this district;

25

26

27

28

1    NOW, THEREFORE, IT IS HEREBY ORDERED that the Court will accept

2  transfer of file number JFM-95-0102 from the District of Maryland (Northern Division)

3  for a change of plea in this district to be entered at the same time as the change of plea in

4  cause number 97-5334RJB.

5    DATED this 10th  of October, 2008.

6

7

8

9                                                        Robert J Bryan
                                                         United States District Judge
10

11

12  Presented by:

13

14

    s/ Matthew H. Thomas
15  MATTHEW H. THOMAS
16  Assistant United States Attorney

17

    s/Terrence Kellogg
18  Attorney for Frank Falco
19  *Approved by Electronic Mail

20

21

22

23

24

25

26

27

28

Order [Proposed] Accepting Transfer of File
USA v. Frank Falco, CR97-5334RJB -2

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on October 10, 2008, I electronically filed the foregoing with

4    the Clerk of Court using the CM/ECF system which will send notification of such filing

5    to the attorneys of record for the defendants. I hereby certify that I have served all

6    attorneys of record for the defendants that are non CM/ECF participants via United States

7    Mail.

8

9

10                                   /s/Kelly M. Shirkey
                                     KELLY M. SHIRKEY
11                                   Legal Assistant
                                     United States Attorney's Office
12                                   1201 Pacific Avenue, Suite 700
                                     Tacoma, Washington 98402
13                                   Phone: 253-428-3800
                                     FAX:  253-428-3826
14                                   E-mail: Kelly.Shirkey@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order [Proposed] Accepting Transfer of File
USA v. Frank Falco, CR97-5334RJB -3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800